# EXHIBIT A

JEFFREY GRANT (SBN 218974)
jgrant@foxrothschild.com
JOHN SHAEFFER (SBN 138331)
jshaeffer@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   310-598-4150
Facsimile:    310-556-9828

KEVIN M. SUTEHALL (SBN 244394)
ksutehall@foxrothschild.com
MARK J. CONNOT (*admitted pro hac vice*)
mconnot@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV  89135
Telephone:   702-262-6899
Facsimile:    702-597-5503
*Attorneys for Defendants MRB Direct, Inc.*
*and David Park*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 8:23-cv-01951 DOC ADS<br><br>The Honorable David O. Carter<br><br>**DECLARATION OF DAVID PARK IN SUPPORT OF DEFENDANT DAVID PARK'S MOTION TO DISMISS**<br><br>Date:          January 29, 2024<br>Time:         8:30 a.m.<br>Courtroom:   10A |

/ /

/ /

1
**DECLARATION OF DAVID PARK**

I, David Park, hereby declare:

1.    I have reviewed the Proof of Service Summons and Affidavit of Due Diligence that Plaintiff North Bay Credit Union ("Plaintiff") filed in the Superior Court of the State of California, Orange County, relating to how Plaintiff supposedly served me with the Summons and Complaint in this matter.

2.    The Proof of Service and Affidavit of Due Diligence state that Plaintiff attempted to serve me at a residential address in Laguna Beach, California between September 14, 2023 and September 16, 2023.

3.    I do not reside in Laguna Beach, California, and I do not reside at the addressed identified on Plaintiff's Proof of Service and Affidavit of Due Diligence.  I have never resided at the Laguna Beach, California address at which Plaintiff claims to have served me.  Incidentally, I have no idea who "Lisa Park", the name of the person identified in the Proof of Service and Affidavit of Due Diligence, is.

4.    I am familiar with the address identified on the Proof of Service and the Affidavit of Due Diligence because it is where my daughter and her mother, Kimmie Park, reside.  Kimmie and I have been separated for years.

5.    I spoke with Kimmie after the process server came to her residence. Kimmie advised me that she told Plaintiff's process server that I did not reside at the Laguna Beach property.  Apparently the process server was undeterred and dropped the Summons and Complaint on the porch after stating something to the effect of: "I was told to just leave it."  I was initially made aware of the improperly served Complaint when Kimmie advised me about what had occurred.

6.    I am a resident of Las Vegas, Nevada.

7.    I am registered to vote in Nevada and my driver's license was issued by the state of Nevada.

8.    I have never been a resident of California.

9.    My personal connection with California is that my adult children live

2

**DECLARATION OF DAVID PARK**

in the state, and I periodically visit them there, perhaps a few times per year.

10.    I have few to no business contacts with California. I am not an officer, director, or employee of any California business entities so far as I recall.

11.    In the interest of full disclosure, I recall traveling to California for a single meeting with Greenbax and/or Plaintiff's employees in either 2022 or earlier in 2023. I have not been to California since sometime before July 2023.

12.    I am not an officer, director, or managing agent of MRB Direct, Inc.

13.    While the Complaint does not allege that I did anything in particular, in California or otherwise, and therefore it is difficult for me to specifically deny allegations that Plaintiff makes against me, I deny all wrongdoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2023.


*/s/ David Park*
David Park


**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned counsel of record attests that the signatory listed above and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.


*/s/ John Shaeffer*
John Schaeffer


3
**DECLARATION OF DAVID PARK**

150536589