JEFFREY GRANT (SBN 218974)
jgrant@foxrothschild.com
JOHN SHAEFFER (SBN 138331)
jshaeffer@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:   310-598-4150
Facsimile:    310-556-9828

KEVIN M. SUTEHALL (SBN 244394)
ksutehall@foxrothschild.com
MARK J. CONNOT (*admitted pro hac vice*)
mconnot@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV  89135
Telephone:   702-262-6899
Facsimile:    702-597-5503
ksutehall@foxrothschild.com
mconnot@foxrothschild.com
*Attorneys for David Park*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01951 DOC ADS<br><br>**OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DAVID PARK'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:            January 29, 2024<br>Time:           8:30 a.m.<br>Courtroom:   10A |

**OBJECTIONS TO EVIDENCE**

David Park ("Mr. Park") hereby files these Evidentiary Objections to the Declaration of Edward Beyer [ECF No. 31-1] and the Declaration of Chris Call [ECF No. 31-2], both of which were attached exhibits to Plaintiff North Bay Credit Union's Opposition to David Park's Notice of Motion and Motion to Dismiss [ECF No. 31].

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Edward Beyer | EVIDENTIARY OBJECTION |
|---|---|
| 3. As part of my investigation, I surveilled the residential property located at 351 Crescent Bay Drive, Laguna Beach, California 92651. According to public records, this property is owned by Park Real Estate Laguna, LLC, a Texas limited liability company. The Texas Secretary of State's Office lists David Park as Director/President of Park Real Estate Laguna, LLC. | Lacks foundation, Federal Rule of Evidence ("FRE") 602. Violation of the best evidence rule as to the "public records" and the Texas Secretary of State's listing, FRE 1001 *et seq.* |
| 4. As part of my investigation, I also searched the records of the California Department of Motor Vehicles for further evidence of Mr. Park's ties to the 351 Crescent Bay Drive property. Records from the California Department of Motor Vehicles shows David Park is the registered owner of two vehicles that are registered at the | Lacks foundation, FRE 602. Violation of the best evidence rule as to the unattached but described records from the California Department of Motor Vehicles, FRE 1001 *et seq.* |

1

**OBJECTIONS TO EVIDENCE**

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Edward Beyer | EVIDENTIARY OBJECTION |
|---|---|
| 351 Crescent Bay address: (1) a 2007 Maserati, Vehicle Identification No. ZAMCE39A870027142, license plate number 7NGW603; and (2) a 2005 Jaguar, Vehicle Identification No. SAJDA42C652A44632, license plate number 7PHM763. | |
| 5. As part of my investigation I also discovered the Mr. Park's spouse, Kimmie Park, is the registered owner of two other vehicles registered to the 351 Crescent Bay address, including a 2013 Mercedes-Benz and a 2023 Mercedes-Benz. | Lacks foundation, FRE 602. Violation of the best evidence rule as to the unattached records from, perhaps, the California Department of Motor Vehicles, FRE 1001 *et seq.* Irrelevant, FRE 401-402. |
| 6. As part of my investigation, I also looked into David Park's business ties to California. David Park is listed as Founder and Chief Investment Officer for Austin Capital Partners, which maintains an office at 18575 Jamboree Road, Suite 250, Irvine, California 92612. Austin Capital Partners' website (www.austincaptial.partners) features David Park and his presence in the Austin Capital Partners' Irvine, | Lacks foundation, FRE 602. Irrelevant, FRE 401-402 ("Austin Capital Partners", a website domain, is unrelated to any facts or allegations raised in this action). |

2

**OBJECTIONS TO EVIDENCE**

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Edward Beyer | EVIDENTIARY OBJECTION |
|---|---|
| California office. Attached hereto as **Exhibit "1"** is a true and correct copy of a printout taken from the www.austincapital.partners website which reflects Mr. Park's use of the 18575 Jamboree Road address, Suite 250, Irvine, California. | |
| 7.   On or about October 26, 2023, I called the Irvine offices of Austin Capital Partners at (949) 519-1202. The individual who answered the telephone confirmed that David Park uses both the 18575 Jamboree Road location and an addition location in Texas (referred to as the "Dallas office" to conduct business and further stated that Mr. Park resides in both California and Texas. She did not reference Nevada residence for Mr. Park. | Lacks foundation/personal knowledge, FRE 602 (as to the facts represented, and also as to the identity and knowledge of the unnamed individual). Hearsay without any exception. FRE 801 *et seq*. (as to statements by the unnamed declarant). |
| 8. An inquiry was also made to the building security office of the 18575 Jamboree Road address. A building security employee by the name of "Caesar" confirmed that Mr. Park was the current occupant of Suite 250 of | Lacks foundation/personal knowledge, FRE 602 (as to the facts represented, and also as to the identity and knowledge of the individual only identified as "Caesar"). Hearsay without any exception. FRE 801 *et* |

3

**OBJECTIONS TO EVIDENCE**

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Edward Beyer | EVIDENTIARY OBJECTION |
|---|---|
| 18575 Jamboree Road. | *seq*. (as to statements by the alleged declarant, "Caesar"). |

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Chris Call | EVIDENTIARY OBJECTION |
|---|---|
| 8. On no less than five occasions from the Spring of 2021 through 2023, Mr. Park travelled to Sonoma County, California for meetings at NBCU's offices with myself and other members of the team. These meetings occurred on April 16, 2021, in September 2021, and on June 18, 2022 and March 27, 2023. At each meeting Mr. Park, myself and those in attendance discussed the development and implementation of the MRB banking platform, the license fee to be charged by MRB for managing the platform, on-going platform development issues, and new potential business opportunities. Mr. Park's presence at the March 27, 2023 meeting at NBCU's California offices was confirmed by Mr. Park in a subsequent April 6, 2023 email, a true and correct | As to Exhibit 2: lacks foundation/ personal knowledge, Federal Rule of Evidence ("FRE") 602 (Mr. Call was not a sender or recipient of the emails; lacks foundation as to "Newport Beach offices"). Hearsay without any exception (statements by the unnamed, "redacted" declarant). FRE 801 *et seq*. Irrelevant, FRE 401-402 (allegation about potential 2021 interview is not relevant to any fact or circumstance alleged in the complaint). |

4

OBJECTIONS TO EVIDENCE

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE<br>Declaration of Chris Call | EVIDENTIARY OBJECTION |
|---|---|
| copy of which is attached hereto as **Exhibit "1."** Attached hereto as **Exhibit "2"** is a true and correct copy of an email exchange between Mr. Park and Carol McCormick, a then NBCU employee and member of the Greenbax team. That email references Mr. Park's participation in interviewing a potential employee at Mr. Park's "Newport Beach offices." | |
| 10. Mr. Park was intimately involved in the design, development, implementation and rollout of the MRB platform. He actively managed the entire program and process on behalf of MRB and was the primary point of contact at MRB with respect to this program. Also, Mr. Park actively discouraged the contacting of anyone other than himself for any issues related to the development of the platform. | Lacks foundation/ personal knowledge, Federal Rule of Evidence ("FRE") 602 (concerning Mr. Park's "intimate" involvement, what he "actively managed", how and whether he was the "primary point of contact", and what he "activity discouraged" anyone from doing). |
| 11. During the course of my ongoing discussions with Mr. Park, he was well aware of the fact that the vast majority of the customers who would be using the MRB banking platform were located | Lacks foundation/ personal knowledge, Federal Rule of Evidence ("FRE") 602 (concerning what Mr. Park was or was not aware of). |

5

**OBJECTIONS TO EVIDENCE**

| PLAINTIFF'S UNDISPUTED FACT/EVIDENCE Declaration of Chris Call | EVIDENTIARY OBJECTION |
|---|---|
| in California. | |

DATED this 12th day of January 2024.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/ Kevin M. Sutehall
JEFFREY GRANT (SBN 218974)
JOHN SHAEFFER (SBN 138331)
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone:    310-598-4150
Facsimile:    310-556-9828
jgrant@foxrothschild.com
jshaeffer@foxrothschild.com

KEVIN M. SUTEHALL (SBN 244394)
MARK J. CONNOT (*admitted pro hac vice*)
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV  89135
Telephone:    702-262-6899
Facsimile:    702-597-5503
ksutehall@foxrothschild.com
mconnot@foxrothschild.com
*Attorneys for David Park*

6

**OBJECTIONS TO EVIDENCE**

153775101