GARMAN TURNER GORDON LLP
DYLAN CICILIANO
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
J. SEAN BENEVENTO
Nevada Bar No. 16498
Email: jsbenevento@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorney for Defendants/Counter-Plaintiffs
MRB Direct, Inc. and David Park*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual,<br><br>Counter-Plaintiff,<br><br>v.<br><br>NORTH BAY CREDIT UNION, a California nonprofit corporation; HIGHERGROWTH, LLC, a California limited liability company; and GREENBAX MARKETPLACE, INC., a California corporation,<br><br>Counter-Defendants. | Case No. 2:24-cv-00212-CDS-DJA<br><br>**ORDER GRANTING STIPUULATION EXTENDING RESPONSE DEADLINE TO COUNTER-DEFENDANT GREENBAX MARKETPLACE, INC.'S MOTION TO DISMISS [EFC NO. 106]**<br><br>**(FIRST REQUEST)** |

1  Defendants/Counter-Plaintiffs MRB Direct, Inc. ("MRBD") and David Park ("Mr. Park,"
2  and collectively with MRBD, "Defendants") by and through the law firm Garman Turner Gordon
3  LLP, and Counter-Defendants, Greenbax Marketplace, Inc., ("GMI"), by and through their counsel
4  of record Sawyer & Labar LLP and Gordon Rees Scully Mansukhani, hereby stipulate and request
5  that Defendants have an extension of time to respond to Greenbax's *Notice of Motion and Motion*
6  *to Dismiss Counterclaim for Lack of Personal Jurisdiction (Fed. R. Civ. Proc. 12(b)(2))* ("Motion
7  to Dismiss") [ECF No. 106]. This is the first request to extend time to respond to the Motion to
8  Dismiss. Defendants were served with the Motion on February 20, 2025, the current deadline to
9  respond is March 6, 2025, and the Parties stipulate to and request a 7-day extension, up to and
10 including March 13, 2025. In support of this Stipulation, the Parties state as follows:

11  1.  Counsel for the Parties agreed to extend the date by which Defendants must respond
12 to Greenbax's Motion to Dismiss to on or before March 13, 2025.

13  2.  Good cause exists to grant the extension because Defendants' counsel has
14 depositions, significant filing deadlines, and prior commitments in other matters during the current
15 time period to respond.  Defendants therefore require additional time before preparing and filing
16 their response memorandum in this matter.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, the Parties hereto stipulate that the date by which Defendants shall file their Response to Greenbax's Motion to Dismiss is extended to March 13, 2025.

Dated this 26th day of February 2025.

GARMAN TURNER GORDON LLP

*/s/ J. Sean Benevento*
DYLAN CICILIANO
NV Bar No. 12348
J. SEAN BENEVENTO
NV Bar No. 16498
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorney for Defendants/Counter-Plaintiffs MRB Direct, Inc. and David Park*

Dated this 26th day of February 2025.

GORDON REES SCULLY MANSUKHANI

*/s/ Sean P. Flynn*
SEAN P. FLYNN
NV Bar No. 15408
TOMIKO A. ORTIZ
NV Bar No. 16599
East Liberty Street, Suite 424
Reno, NV 89501

*Attorneys for Counter-Defendant Greenbax Marketplace, Inc.*

IT IS SO ORDERED:

**ORDER**

UNITED STATES DISTRICT JUDGE
DATED: February 27, 2025