1
2
3
4
5

GORDON REES SCULLY MANSUKHANI
SEAN P. FLYNN (SBN 15408)
TOMIKO A. ORTIZ (SBN 16599)
East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com
        tortiz@grsm.com

6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00212-CDS-DJA<br><br><br>**ORDER GRANTING STIPULATION EXTENDING REPLY DEADLINE FOR COUNTER-DEFENDANT GREENBAX MARKETPLACE, INC.'S MOTION TO DISMISS [EFC NO. 106]** |
| MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual,<br><br>Counter-Plaintiff,<br><br>v.<br><br>NORTH BAY CREDIT UNION, a California nonprofit corporation; HIGHERGROWTH, LLC, a California limited liability company; and GREENBAX MARKETPLACE, INC., a California corporation,<br><br>Counter-Defendants. | **(FIRST REQUEST)** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Defendants/Counter-Plaintiffs MRB Direct, Inc. ("MRBD") and David Park ("Mr. Park," and collectively with MRBD, "Defendants") by and through the law firm Garman Turner Gordon LLP, and Counter-Defendants, Greenbax Marketplace, Inc., ("GMI"), by and through their counsel of record Gordon Rees Scully Mansukhani and Sawyer & Labar LLP, hereby stipulate and request that GMI have an extension of time to file a reply in support of its *Notice of Motion and Motion to Dismiss Counterclaim for Lack of Personal Jurisdiction (Fed. R. Civ. Proc. 12(b)(2))* ("Motion to Dismiss") [ECF No. 106]. The parties previously stipulated to a 7-day extension for Defendants to respond to the Motion to Dismiss. This is the first request to extend time to reply to the Motion to Dismiss. The current deadline to respond is March 20, 2025, and the Parties stipulate to and request a 5-day extension, up to and including March 25, 2025. In support of this Stipulation, the Parties state as follows:

1.    Counsel for the Parties agreed to extend the date by which GMI must file its reply in support of its Motion to Dismiss to on or before March 25, 2025.

2.    Good cause exists to grant the extension because Defendants were granted an extension of time to file their response and counsel needs additional time to file GMI's reply. Counsel also had significant filing deadlines, and prior commitments in other matters during the current time period to reply. GMI therefore requires additional time before preparing and filing its reply memorandum in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1         Accordingly, the Parties hereto stipulate that the date by which GMI shall file their Reply

2    to its Motion to Dismiss is extended to March 25, 2025.

3

4    Dated this 20th day of March 2025.       Dated this 20th day of March 2025.

5    GARMAN TURNER GORDON LLP      GORDON REES SCULLY MANSUKHANI

6    */s/ Dylan Ciciliano*                   */s/ Sean P. Flynn*
    DYLAN CICILIANO                  SEAN P. FLYNN

7    NV Bar No. 12348                      NV Bar No. 15408
    J. SEAN BENEVENTO              TOMIKO A. ORTIZ

8    NV Bar No. 16498                      NV Bar No. 16599
    7251 Amigo Street, Suite 210       East Liberty Street, Suite 424

9    Las Vegas, Nevada 89119           Reno, NV 89501

10   *Attorney for Defendants/Counter-Plaintiffs*
    *MRB Direct, Inc. and David Park*      *Attorneys for Counter-Defendant*

11                                      *GREENBAX MARKETPLACE, INC.*

12                               **ORDER**

13           IT IS SO ORDERED:

14                               _____

15                             UNITED STATES DISTRICT JUDGE
                          DATED: _____March 20, 2025_____

16

17

18

19

20

21

22

23

24

25

26

27

28