Sean P. Flynn (SBN 15408)
Tomiko A. Ortiz (SBN 16599)
**Gordon Rees Scully Mansukhani**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com
tortiz@grsm.com

BUCHALTER
A Professional Corporation
CHERYL M. LOTT (SBN: 232548)
MATTHEW L. SEROR (SBN: 235043)
DAVID E. MARK (SBN: 247283)
TIA M. GONZALEZ (SBN: 338988)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: clott@buchalter.com
Email: mseror@buchalter.com
Email: dmark@buchalter.com
Email: tgonzalez@buchalter.com

Attorneys for Plaintiff and Counter-Defendants
NORTH BAY CREDIT UNION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation, | Case No. 2:24-cv-00212-MMD-CSD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |
| MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual, | |
| Counter-Plaintiffs, | |
| vs. | |
| NORTH BAY CREDIT UNION, a California nonprofit corporation; HIGHERGROWTH, LLC, a California limited liability company; and | |

GREENBAX MARKETPLACE, INC., a California corporation,

Counter-Defendants

Counter-Defendant HigherGrowth, LLC hereby substitutes Cheryl M. Lott, Matthew L. Seror, David E. Mark and Tia M. Gonzalez of Buchalter, A Professional Corporation, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730, Telephone: (213) 891-0700, and Sean P. Flynn and Tomiko A. Ortiz of Gordon Rees Scully Mansukhani, 1 East Liberty Street, Suite 424, Reno, NV 89501, Telephone: (775) 467-2610 as attorneys of record in place of Samuel R. Mirkovich and Philip R. Erwin of the law firm Campbell & Williams.

Dated: April 4, 2025

*Carole McCormick*
Carole McCormick, President, HigherGrowth, LLC

I consent to the above substitution.

Dated: April 4, 2025

*/s/ Philip R. Erwin*
Philip R. Erwin of Campbell & Williams

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April 4, 2025

*/s/ David E. Mark*
David E. Mark of Buchalter, P.C

DATED: April 4, 2025

*/s/ Sean P. Flynn*
Sean P. Flynn of Gordon Rees Scully Mansukhani

Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: April 8, 2025

*CSD*
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 88210668v1

2

**SUBSTITUTION OF ATTORNEY**

Case No. 2:24-cv-00212-MMD-CSD