**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NORTH BAY CREDIT UNION,

Plaintiff

v.

MRB DIRECT, INC., et al.,

Defendants

MRB DIRECT, INC.,

Counterclaimant

v.

NORTH BAY CREDIT UNION., et al.,

Counter-Defendants

Case No.: 2:24-cv-00212-MMD-CSD

**Order**

Re: ECF No. 161

Tomiko Ortiz's motion to withdraw as counsel of record for Plaintiff/Counter-Defendants (ECF No. 161) is **GRANTED** as Plaintiff/Counter-Defendants will still be represented by counsel in this action.

**IT IS SO ORDERED**.

Dated: October 15, 2026

Craig S. Denney
United States Magistrate Judge